IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SEIKO ROSS                                                                        PLAINTIFF

VS.                                             CIVIL ACTION NO. 3:12cv145 TSL-MTP

TYRONE LEWIS, et al.                                                        DEFENDANTS
_____

**O R D E R**

This cause came on this date to be heard upon the report and recommendation of the United States magistrate judge, and the court, having fully reviewed the report and recommendation of the United States magistrate judge entered in this cause on or about July 10, 2012, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on July 10, 2012, be, and the same is hereby, adopted as the finding of this court, and the cause should be dismissed without prejudice for failure of plaintiff to prosecute and comply with orders of this court.  A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this the 26th   day of   July, 2012.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE